# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MICAH BLACKFEATHER, )
)
Plaintiff, )
)
v. ) Civil Action No. 16-1022
)
BARACK HUSSEIN OBAMA, II, *et al.*, )
)
Defendants. )

## MEMORANDUM OPINION

The Court provisionally permitted the above-captioned action to be filed on May 31, 2016. At that time, the Court directed plaintiff to submit a certified copy of his prison trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined, as required by the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915. Because the plaintiff has not submitted the requisite financial information, the Court will dismiss this action without prejudice. An Order is issued separately.

DATE: 8/16/16

United States District Judge